UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESSEX INSURANCE COMPANY
a Virginia Corporation

        Plaintiff,                       CASE NO:  05-CV-74245
                                                Honorable Julian A. Cook, Jr.
v.                                         Magistrate Judge Donald A. Scheer

TORRI-MAX, INC, a Michigan Corporation,
d/b/a Maxie's Lounge, BRIAN LEWIS,
JAMES SPOHN, EDWARD LUHELLIER,
GARY CLARK, RAPHAEL PETTIFORD and
TRACY PETTIFORD

        Defendants
_____

| EVAN A. BURKHOLDER (P67986) | TOM R. PABST (P27872) |
|---|---|
| Wright, Robinson, Osthimer & Tatum | **Attorney for Defendants Pettiford** |
| **Attorneys for Plaintiff Essex Insurance** | 2503 S. Linden Rd. Suite 185 |
| 400 Renaissance Center, Suite 950 | Flint, MI 48532 |
| Detroit, MI 48243 | (810) 732-6792 |
| (313) 259-6273 | |
| | |
| DONALD G. ROCKWELL (P26723) | |
| Nill Rockwell, P.C. | |
| **Attorneys for Torri-Max, Inc.** | |
| G-4413 Corunna Road | |
| Flint, MI 48532 | |
| (810) 732-3440 | |

_____

### AGREED ORDER GRANTING PLAINTIFF ESSEX INSURANCE COMPANY'S MOTION TO SUBSTITUTE A PARTY

      This matter having come before the Court upon the stipulation of counsel for the parties to grant Plaintiff's Motion for substitution of a Party pursuant to Rule 25(a) of the Federal Rules of Civil Procedure and in accordance with the attached Stipulation, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED and ADJUDGED that ESSEX INSURANCE is herby granted leave to substitute ROBERT GERBIG, Administrator of the Estate of Tracy Pettiford for TRACY PETTIFORD, as a party defendant.

IT IS SO ORDERED:

Date: January 4, 2007

s/ Julian Abele Cook, Jr.
HON. JULIAN A. COOK, JR.
U. S. District Court Judge

I stipulate to the entry of the above order:

I stipulate to the entry of the above order:

/S/ Evan A. Burkholder
_____
EVAN A. BURKHOLDER (P67986)
Attorney for Plaintiff Essex Insurance

/S/ Michael A. Kowalko
_____
TOM R. PABST (P27872)
MICHAEL A. KOWALKO (36893)
Attorney for Defendant Rafael Pettiford

I stipulate to the entry of the above order:

/S/ Donald G. Rockwell
_____
DONALD G. ROCKWELL (P26723)
Attorney for Torri-Max, Inc.

{D0003858.1}              2